DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LUKELY RILEY

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1631

————————————————

September 16, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hendry County; James D. Sloan, Judge.

PER CURIAM.

　　Affirmed.

CASANUEVA, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.